### JESSE McCLURE v. THE STATE.

No. 9792.          Delivered October 21, 1925.

**Sale of Intoxicating Liquor—No Statement of Facts—No Bill of Exceptions.**

Where a record contains neither statement of facts nor bills of exception, and no error is apparent, the cause must be affirmed and it is so ordered in the instant case.

Appeal from the District Court of Grayson County. Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction for the sale of intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for the sale of intoxicating liquor with the punishment fixed at confinement in the penitentiary for one year.

The record is before us without a statement of the facts proven upon the trial, and without bills of exception complaining of any matters occurring during the hearing of the cause. In this con-

dition of the record no question is presented to this court for review.

The judgment is affirmed.

*Affirmed.*